IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00028-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Appellee, )<br>)<br>vs. )<br>)<br>MARVIN MINOR, )<br>)<br>Appellant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Appellant's Notice of Appeal [Doc. 2].

On March 29, 2022, the Honorable W. Carleton Metcalf, United States Magistrate Judge, found the Appellant guilty of failing to obey a lawful order, in violation of 36 C.F.R. § 2.32(a)(2); having an open container of alcohol in a motor vehicle, in violation of 36 C.F.R. § 4.14(b); and fighting with an officer, in violation of 36 C.F.R. § 2.34(a)(1). [Doc. 2-1]. The Appellant was sentenced to 120 days of imprisonment. [Id.]. The Appellant filed a timely Notice of Appeal from the Magistrate Judge's Judgment on April 14, 2022. [Doc. 2].

A timely notice of appeal having been filed, the Court therefore will enter a scheduling order for the briefs on appeal.

**IT IS, THEREFORE, ORDERED** that the Appellant shall file his brief on appeal on or before thirty (30) days from the entry of this Order. The Appellee shall file its brief on or before thirty days (30) from the filing of the Appellant's brief.

**IT IS SO ORDERED**.

Signed: April 26, 2022

Martin Reidinger
Chief United States District Judge